IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| AGNES E. WALLS, As Administratrix Ad Prosequendum, and General Administratrix of the Estate of Christopher L. Miller, Deceased,<br><br>          Plaintiff,<br><br>     v.<br><br>THE COUNTY OF CAMDEN, et al,<br><br>          Defendants. | Civil No. 06-5961 (JEI) |

### AMENDED SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the status conference on August 6, 2008; and the Court noting that all counsel appeared.

IT IS this **6th** day of **August, 2008,** hereby **ORDERED:**

1.   By **September 15, 2008,** the parties shall meet and confer pursuant to L. Civ. R. 26.1(d) regarding the discovery of digital information including computer-based information.

2.   By **September 30, 2008,** plaintiff shall serve the Court with a letter brief identifying all electronic discovery issues in dispute.  All responses to the letter brief shall be served by **October 14, 2008.**

3.   By **September 30, 2008,** plaintiff shall file his motion for the production of Steininger's February 2005 Investigative Report. By the same date plaintiff shall file a separate motion seeking to compel any remaining privileged documents.

4.   By **September 30, 2008,** and if necessary, plaintiff shall file his motion for entry of a Preservation Order.

5.   Oral argument on all outstanding discovery issues returnable before this Court is scheduled on **October 27, 2008 at 11:00 a.m.,** in Courtroom 3C.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                     s/ Joel Schneider
                     JOEL SCHNEIDER
                     United States Magistrate Judge